**Order entered March 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01333-CV

### IN RE BRUCE BISHOP, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14298**

## ORDER
### Before the Court En Banc

Before the Court is real party in interest's March 8, 2019 motion for en banc reconsideration. We request that relator file a response to the motion for en banc reconsideration **by April 9, 2019**.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE